IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MICHELLE R. MICHENER, | ) | Case No. 4:08CV3202 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **ORDER** |
| vs. | ) | |
| | ) | |
| BRYANLGH HEALTH SYSTEM, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on the defendant's unopposed motion for an extension of time to file its motions for summary judgment from June 1, 2009, to June 8, 2009 (Filing No. 21). The Court finds that the motion should be granted.

IT IS THEREFORE ORDERED THAT:

1. Motions for summary judgment shall be filed not later than June 8, 2009;

2. All other provisions of the Order Setting Schedule for Progression of Case (Filing No. 19) shall remain in effect.

Dated this 1st day of June, 2009.

BY THE COURT

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge

0996615.1