IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MICHELLE R. MICHENER, | ) | 4:08CV3202 |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| | ) | |
| BRYAN LGH HEALTH SYSTEM, | ) | |
| | ) | |
| Defendant. | ) | |

    IT IS ORDERED that Plaintiff's unopposed motion for enlargement of time (filing 29) is granted, as follows:

    Plaintiff shall have until July 10, 2009, to respond to Defendant's motion for summary judgment (filing 25).

June 22, 2009                          BY THE COURT:

                                                    s/ *Richard G. Kopf*
                                                    United States District Judge