IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MICHELLE R. MICHENER, | ) | |
| | ) | |
| Plaintiff, | ) | 4:08CV3202 |
| | ) | |
| V. | ) | |
| | ) | |
| BRYANLGH HEALTH SYSTEM, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

A conference call with counsel was held. On the oral motion of defense counsel, and without objection by plaintiff's counsel,

IT IS ORDERED that the trial of this matter is continued to February 1, 2010, as the #2 case before all civil and criminal matters. If the one-day trial of *Bamford v. Ponderosa, et al.,* Case No. 4:09CV3035, proceeds to trial on February 1, 2010, the trial of this case will commence on Tuesday, February 2, 2010.

DATED this 17th day of November, 2009.

BY THE COURT:

*Richard G. Kopf*
United States District Judge